ANTONIO RUIZ, Bar No. 155659
CAREN P. SENCER, Bar No. 233488
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
Email: aruiz@unioncounsel.net
Email: csencer@unioncounsel.net
Email: clozano@unioncounsel.net

Attorneys for Plaintiff LINDA G. ROSSMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA G. ROSSMAN, in her capacity as Trustee of the UA Local 355 Health and Welfare Trust Fund and of the Northern California/Northern Nevada Landscape and Underground Utility Journeyman and Apprenticeship Trust Fund,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL INIGUEZ and FELIPE HERNANDEZ, in their capacities as Trustees of the UA Local 355 Health and Welfare Trust Fund and the Northern California/Northern Nevada Landscape and Underground Utility Journeyman and Apprenticeship Trust Fund,<br><br>Defendants. | No. 4:19-cv-00391-RS<br>ORDER<br>STIPULATION TO CHANGE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND ORDER<br><br>Current Date: October 3, 2019<br>Current Time: 1:30 p.m.<br>Place: Courtroom 3, 17th Floor<br>450 Golden Gate Avenue<br>San Francisco, California<br><br>Proposed Date: November 14, 2019<br>Proposed Time: 1:30 p.m. |

Plaintiff Linda G. Rossman ("Plaintiff") and Defendants Miguel Iniguez and Felipe Hernandez ("Defendants") hereby stipulate, pursuant to Local Civil Rules 6-2 and 7-12, to change the hearing date and briefing schedule on Plaintiff's Motion for Partial Summary Judgment as follows:

1

STIPULATION TO CHANGE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND [PROPOSED] ORDER
CASE NO. 4:19-cv-00391-RS

WHEREAS, Plaintiff filed a Motion for Partial Summary Judgment ("Motion") on August 2, 2019, (ECF 55), and the hearing and time is currently set for October 3, 2019 at 1:30 p.m. Under the current schedule, Defendants' Opposition to the Motion is due on or before August 16, 2019, and Plaintiff's Reply is due on or before August 23, 2019.

WHEREAS, Defendants requested that Plaintiff agree to change the hearing date on Plaintiff's Motion because of Defendants' counsels' scheduling conflicts and because Defendants would like to depose Plaintiff Rossman prior to filing their Opposition to the Motion. Plaintiff Rossman believes a postponement of the hearing date would be in the interest of judicial efficiency and agreed to Defendants' request.

WHEREAS, the prior extensions in this lawsuit are a Joint Stipulation to Extend Defendants' Time to Respond to Complaint (ECF 9 ), a Stipulation to Change Hearing Date and Time on Defendants' Motion to Strike (ECF 27), and a Stipulation to Change Hearing Date on Plaintiff's Motion for Preliminary Injunction. (ECF 42).

THEREFORE IT IS HEREBY STIPULATED AND AGREED TO BY THE PARTIES, through their respective legal counsel:

a) The hearing date and time on Plaintiff's Motion for Partial Summary Judgment is November 14, 2019, at 1:30 p.m.;

b) Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment is due on or before September 30, 2019; and

c) Plaintiffs' Reply is due on or before October 15, 2019.

SO STIPULATED:

Dated: August 6, 2019

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Concepción E. Lozano-Batista*
CONCEPCIÓN E. LOZANO-BATISTA
Attorneys for Plaintiff

Dated: August 6, 2019

SUSMAN GODFREY LLP

By: */s/ Bryan J. Caforio*
BRYAN J. CAFORIO
Attorneys for Defendant

2

STIPULATION TO CHANGE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND [PROPOSED] ORDER
CASE NO. 4:19-cv-00391-RS

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 7, 2019

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

146959\1039702

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001