ANTONIO RUIZ, Bar No. 155659
CAREN P. SENCER, Bar No. 233488
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone (510) 337-1001
Fax (510) 337-1023
Email: aruiz@unioncounsel.net
Email: csencer@unioncounsel.net
Email: clozano@unioncounsel.net

Attorneys for Plaintiff LINDA G. ROSSMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA G. ROSSMAN, in her capacity as Trustee of the UA Local 355 Health and Welfare Trust Fund and of the Northern California/Northern Nevada Landscape and Underground Utility Journeyman and Apprenticeship Trust Fund,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL INIGUEZ and FELIPE HERNANDEZ, in their capacities as Trustees of the UA Local 355 Health and Welfare Trust Fund and the Northern California/Northern Nevada Landscape and Underground Utility Journeyman and Apprenticeship Trust Fund,<br><br>Defendants. | No. 4:19-cv-00391-RS<br><br>ORDER<br>**STIPULATION FOR DISMISSAL WITH PREJUDICE UPON SETTLEMENT OF CASE** |

/ / /

/ / /

/ / /

/ / /

/ / /

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

Plaintiff Linda G. Rossman ("Plaintiff") and Defendants Miguel Iniguez and Felipe Hernandez ("Defendants"), having reached a settlement in the above-referenced case, hereby stipulate and request that the Court so order that the above-entitled matter be dismissed in its entirety with prejudice with all parties to bear their own attorneys' fees and costs as to each other.

Dated: October 1, 2019

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Concepción E. Lozano-Batista*
CONCEPCIÓN E. LOZANO-BATISTA
Attorneys for Plaintiff

Dated: October 1, 2019

SUSMAN GODFREY LLP

By: */s/ Bryan J. Caforio*
BRYAN J. CAFORIO
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/1/19

HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

146959\1045728

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001